In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00078-CR
_____

JASON EARL BRENT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 11-12-13751 CR

MEMORANDUM OPINION

Jason Earl Brent has filed a motion to dismiss his appeal.  *See* Tex. R. App. P. 42.2.  A request to dismiss the appeal is signed by appellant personally and joined by counsel of record.  No opinion has issued in this appeal.  The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____

HOLLIS HORTON
Justice


Opinion Delivered April 10, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.